UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC GREENE,<br><br>                        Plaintiff,<br><br>  -against-<br><br>THE UNITED STATES,<br><br>                       Defendant. | 24cv2076 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the April 22, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 22, 2024
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                             Chief United States District Judge